IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 11-00092-CV-W-NKL ) |
| INOVATRADE, INC., | ) ) ) |
| Defendant.. | ) ) |

**JUDGMENT IN A CIVIL CASE**

☐    Jury Verdict. This action came before the Court for a trial by jury.

XX    Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on July 6, 2011, the Court issues Default Judgment Ordering Permanent Injunction and Ancillary Equitable Relief Against Defendant (Order), which determines that InovaTrade has violated Section 2(c)(2)(C)(iii)(I)(aa) of the Act and Regulation 5.3(a)(6)(I) as set forth in the Order entered this date.

Dated: July 6, 2011        ANN THOMPSON
                                              Clerk

                                              s/ RENEA KANIES
                                              By: Renea Kanies, Courtroom Deputy